UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deborah Cook, Executrix of the estate of Alvin Cook; and Conrad Cook,

Plaintiffs,

v.

Cobe BCT, Inc. and Cobe Laboratories, Inc.,

Defendants.

Civil No. 00-2036 DWF/SRN

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: November 29, 2000.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

NOV 30 2000
FILED ______________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______________
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge John M. Mason.

NEW CASE NUMBER 00-2036 DWF/JMM

Use this case number for all further filings.