UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deborah Cook, Executrix of the estate of Alvin Cook; and Conrad Cook,

Plaintiffs,

vs.

Cobe BCT, Inc. and Cobe Laboratories, Inc., Fairview Health Services, and Fairview Hospital and Healthcare, d/b/a Fairview-University Medical Center,

Defendants.

Civil No. 00-2036 DWF/JMM

**STIPULATION TO AMEND COMPLAINT** and ORDER

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that the original Complaint may be amended to add Fairview Health Services, and Fairview Hospital and Healthcare, d/b/a Fairview-University Medical Center as proper parties and defendants.

Dated: Jan. 29, 2001

**RIDER, BENNETT, EGAN & ARUNDEL, L.L.P.**

Philip A. Pfaffly (Atty No. 86542)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951

and

Jerry M. Smith (Atty No. 16041)
Robinson & Lawing, L.L.P.
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103

ATTORNEYS FOR PLAINTIFF
DEBORAH COOK

FEB 0 2 2001

Date: 1/29, 2001

McCOLLUM, CROWLEY, VEHANEN,
MOSCHET & MILLER, LTD.

Robert L. McCollum (Atty No. 69802)
7900 Xerxes Avenue South, Suite 1300
Wells Fargo Plaza
Minneapolis, MN 55431
(952) 831-4980

ATTORNEYS FOR DEFENDANTS
COBE BCT, INC. AND COBE
LABORATORIES, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Deborah Cook, Executrix of the estate of Alvin Cook; and Conrad Cook,

Plaintiffs,

vs.

Cobe BCT, Inc. and Cobe Laboratories, Inc., Fairview Health Services, and Fairview Hospital and Healthcare, d/b/a Fairview-University Medical Center,

Defendants.

Civil No. 00-2036 DWF/JMM
**(Wrongful Death)**

**ORDER**

---

IT IS HEREBY ORDERED, that plaintiff may serve a Amended Complaint on newly-added defendant Fairview Health Services, and Fairview Hospital and Healthcare, d/b/a Fairview- University Medical Center.

Dated: 1/31, 2001

John M. Mason
United States Magistrate Judge

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

::ODMA\PCDOCS\Rider\629988\1