UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deborah Cook, Executrix of the estate of Alvin Cook; and Conrad Cook,

Plaintiffs,

v.

Cobe BCT, Inc. and Cobe Laboratories, Inc.,

Defendants.

Civil No. 00-2036 DWF/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

**ROBINSON & LAWING, L.L.P.**

Dated: July 6, 2001

Jerry M. Smith Atty. I.D. #16041
Attorney for Plaintiffs
370 Knollwood Street
Suite 600
Winston-Salem, NC 27103-1835
(336) 631-8500

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 16 2001
DEPUTY CLERK

**McCOLLUM, CROWLEY, VEHANEN, MOSCHET & MILLER, LTD.**

Dated: June 12, 2001

Robert L. McCollum Atty I.D. #69802
Attorney for Defendants
Suite 1300 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431
(952) 831-4980

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without costs to any party and judgment shall be entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**BY THE COURT:**

Dated: July 16, 2001

Judge of United States District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500